**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GARY LEON WEBSTER** **PLAINTIFF**
**ADC #114018**

**v.** **No. 4:26-cv-00505-LPR-BBM**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**ORDER**

On May 11, 2026, Plaintiff Gary Leon Webster, an inmate at the Tucker Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On May 19, 2026, Magistrate Judge Moore entered an Order finding that Mr. Webster was a three-striker and had not demonstrated his eligibility to proceed *in forma pauperis*.[2] Judge Moore gave Mr. Webster thirty days to pay the $405 filing fee.[3] And she warned Mr. Webster that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Mr. Webster has not complied with Judge Moore's May 19, 2026 Order, and the time for doing so has expired.[5] Accordingly, Mr. Webster's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id.* at 3.

[4] *Id.*

[5] Although Mr. Webster filed a "Preliminary Objection" to Judge Moore's May 19, 2026 Order, he does not appear to contest Judge Moore's findings that he was a three-striker or that his allegations of a monetary loss failed to demonstrate the imminent harm necessary to proceed *in forma pauperis*. *See* Doc. 4. To the extent that Mr. Webster intended to challenge those findings, the Court has carefully reviewed the entire record and finds that Judge Moore's May 19 Order was not clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Indeed, this Court would have reached the same conclusion as a *de novo* matter. Accordingly, the Objection is denied.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE